# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| BYRON EWING, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:13CV1757 NAB |
| | ) | |
| TERRY RUSSELL, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. The petition and exhibits contain the full name of a minor child victim. Local Rule 5-2.17(A)(2) requires that the names of minor children be redacted from any filing with the Court. "Only the initials of minor children may be listed." Id. As a result, the Court will direct the Clerk to return these documents to petitioner so that he can redact the child's name from them and replace it with the child's initials.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return the petition and its exhibits to petitioner.

**IT IS FURTHER ORDERED** that petitioner shall redact the names of any children in the petition and exhibits and replace the name(s) with the child(s) initials.

**IT IS FURTHER ORDERED** that petitioner has twenty-eight (28) days to comply with this Order. Should petitioner fail to comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 11th day of September, 2013.

        /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE